## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ACTING THROUGH THE UNITED STATES DEPARTMENT OF AGRICULTURE ,<br><br>PLAINTIFF<br><br>v.<br><br>JAMIE L. CARTER,<br><br>and<br><br>VICTOR R. CARTER, SR.,<br><br>DEFENDANTS | CIVIL ACTION NO.:<br>2:25-cv-00224-SDN |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(1)**

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(1), Plaintiff United States Department of Agriculture hereby gives notice that this action is voluntarily dismissed. Defendants Jamie L. Carter and Victor R. Carter, Sr., have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

      Dated this August 28, 2025.

                                                      /s/ *Kevin J. Crosman*
                                                      Kevin J. Crosman, Bar No. 4279
                                                      Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

        Jamie L. Carter
        31 Glenview Drive
        Sabattus, ME 04280

        Victor R. Carter, Sr.
        31 Glenview Drive
        Sabattus, ME 04280

Dated at Portland, Maine, this August 28, 2025.

        /s/ *Kevin J. Crosman*
        _____
        Kevin J. Crosman, Bar No. 4279
        Attorney for Plaintiff